*Andrew H. Scoble* and *Morris D. Silverstein* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Royal E. T. Riggs* of counsel) for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK and CHASE, JJ.; VANN and WILLARD BARTLETT, JJ., dissent on the ground that the allegation in the writ that the relator was given no opportunity to cross-examine the witnesses against him was not denied in the return.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSE M. FINIGAN, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Finigan* v. *Board of Education,* 106 App. Div. 101, affirmed.
(Argued May 19, 1908; decided June 2, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1905, which affirmed an order of Special Term quashing an alternative writ of mandamus to compel the defendant

to reinstate the relator in the position of teacher in the public schools of the city of New York.

*David Ross* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.